UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOLLY M SCHWARTZ, *Individually and as Administrator of the Estate of David E. DeWald II*<br>Plaintiff<br><br>v.<br><br>LACKAWANNA COUNTY, *et al.*,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 4:21-CV-1645<br><br>(WILSON, D.J.)<br><br>(ARBUCKLE, M.J.) |

## ORDER

In accordance with the accompanying memorandum opinion, it is ORDERED that:

(1) Plaintiff's Motion to Amend (Doc. 45) is GRANTED.

(2) Plaintiff is directed to file an amended complaint that substitutes the identities of the corrections officers and nurses for the John Does named in the original complaint on or before **February 28, 2024**.

No other substantive changes to the complaint will be permitted.

Date: February 21, 2024

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge